# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Polly A. Leake                CHAPTER 13
       aka Polly A. Nixon

              Debtor(s)            BKY. NO. 14-13512 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Fifth Third Bank and index same on the master mailing list.


                       Respectfully submitted,

                       **/s/ Rebecca A. Solarz, Esquire**
                       Rebecca A. Solarz, Esquire
                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322 FAX (215) 627-7734