# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-13512-JKF

Polly A. Leake

7718 Thouron Avenue

Philadelphia, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    Polly A. Leake

    7718 Thouron Avenue

    Philadelphia, PA 19150

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 9/28/2017

                                     /S/ William C. Miller
                                     _____
                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee