**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Polly A Leake aka Polly A. Nixon<br>　　　　　Debtor(s) | CHAPTER 13 |
| Fifth Third Bank<br>　　　　　Movant<br>　　vs.<br>Polly A Leake aka Polly A. Nixon<br>　　　　　Debtor(s) | NO. 14-13512 AMC |
| William C. Miller, Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2009 ACURA MDX with VIN #: 2HNYD28679H528892 . The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 7th    day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Polly A Leake aka Polly A. Nixon
7718 Thouron Avenue
Philadelphia, PA 19150

David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532