United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-13512-amc
Polly A. Leake                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Nov 07, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db              +Polly A. Leake,    7718 Thouron Avenue,    Philadelphia, PA 19150-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Colonial Savings, F.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Polly A. Leake dmo160west@gmail.com,  davidoffenecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Colonial Savings, F.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Polly A Leake aka Polly A. Nixon | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | |
| Fifth Third Bank | |
| <u>Movant</u> | |
| vs. | NO. 14-13512 AMC |
| | |
| Polly A Leake aka Polly A. Nixon | |
| <u>Debtor(s)</u> | |
| | |
| William C. Miller, Esq. | 11 U.S.C. Section 362 |
| <u>Trustee</u> | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Fifth Third Bank, reviewed the papers filed in connection

therewith, and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d)

as to Movant, to permit Movant, or its successor or assignee, to take possession of, and to sell,

lease, and otherwise dispose of, in a commercially reasonable manner, the 2009 ACURA MDX

with VIN #: 2HNYD28679H528892 .  The stay provided by Bankruptcy Rule 4001(a)(3) been

waived.

Signed this 7th     day of November, 2017.

_____

Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Polly A Leake aka Polly A. Nixon
7718 Thouron Avenue
Philadelphia, PA 19150

David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532