United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13512-amc
Polly A. Leake                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Nov 14, 2017
                 Form ID: pdf900    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
```
db             +Polly A. Leake,    7718 Thouron Avenue,     Philadelphia, PA 19150-2516
13346360       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13366987        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13298886       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13298887       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13298888       +Bill Payment Service,    P.O. Box 4544,    Carol Stream, IL 60197-4544
13298889      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13376949       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13298890       +Clarence Nixon,    1202 E Duvall Street,    Philadelphia, PA 19138-1034
13327309        Colonial Savings, F.A.,    2626 Q. Fwy,    Fort Worth, TX 76102
13307676       +Colonial Savings, F.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13411562      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13311680       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13298893       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13314554       +Fifth Third Bank,    P.O. Box 9013,    Addison, Texas 75001-9013
13298897       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13298899        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13298900       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13345771       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13968044       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13298901       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13298902        Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:08:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13405681        E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:23     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13298891       +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 15 2017 02:09:14     Colonial Savings & Loa,
                 2600 West Fwy,    Fort Worth, TX 76102-7109
13307091        E-mail/Text: mrdiscen@discover.com Nov 15 2017 02:08:43     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13298892       +E-mail/Text: mrdiscen@discover.com Nov 15 2017 02:08:43     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13298894       +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:41     Gecrb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13298895       +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:41     Gecrb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
13298896       +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:57     Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13362798        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 02:31:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13298898       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 15 2017 02:08:47     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13298903*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR               Page 2 of 2            Date Rcvd: Nov 14, 2017
                              Form ID: pdf900            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Colonial Savings, F.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Polly A. Leake dmo160west@gmail.com,   davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Colonial Savings, F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Polly A. Leake                             Chapter 13

                    Debtor          Bankruptcy No. 14-13512-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___14th___ day of ___November___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
Polly A. Leake

7718 Thouron Avenue

Philadelphia, PA 19150